STATE OF NEW JERSEY v. RALPH JAMISON.

June 23, 1981.

Petition for certification denied.

GOODY'S FOOD SYSTEMS, INC. v. MURRAY DWECK.

June 23, 1981.

Petition for certification denied.

WILLIAM BULL v. VITO CASARELLA.

June 23, 1981.

Petition for certification denied.

ISMAEL SANTIAGO v. NEW JERSEY INSURANCE
UNDERWRITING ASSOCIATION.

June 23, 1981.

Petition for certification denied.